■   In the Matter of JAMES BRUNNER, Appellant, v TOWN OF GENESEO, Respondent. [790 NYS2d 915]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Livingston County (Robert J. Lunn, J.), entered July 29, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the proceeding as time-barred.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ. [See 4 Misc 3d 688 (2004).]